Eugene AUTREY, Plaintiff-Appellant, v. Charles A. NUGENT, Defendant-Appellee.

No. 5860.

Court of Appeal of Louisiana. Second Circuit.

Jan. 10, 1939.

Wiley R. Jones, of Colfax, and Ward T. Jones, of Alexandria, for appellant.

C. H. McCain, of Colfax, for appellee.

HAMITER, Judge.

The attorneys for the litigants in the instant cause have requested, through a written motion, a dismissal of this appeal. Pursuant to that request it is hereby ordered that the appeal be dismissed.